**STATEMENT OF FACTS**

On Friday, June 3, 2005, at about 2:57 p.m., an undercover officer with the Metropolitan Police Department's Major Narcotics Branch went to 3rd and Florida Avenue, N.E., Washington, D.C., where the defendant, Quinten Randolph, got into the undercover officer's car. The defendant gave the undercover officer about 110 grams of suspected crack cocaine, and the undercover officer gave the defendant approximately $1,800.00 in pre-recorded MPDC funds. A portion of the suspected crack cocaine field tested positive for cocaine. The defendant was placed under arrest.

_____
DETECTIVE KEVIN COPELAND
MAJOR NARCOTICS BRANCH, MPD


SWORN AND SUBSCRIBED BEFORE ME
ON THIS _____ DAY OF JUNE, 2005.


_____
U.S. MAGISTRATE JUDGE